UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN FREYTAG,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

                                                                      /

Case No. 15-cv-13569

Honorable Victoria A. Roberts

Magistrate Judge Mona K. Majzoub

| GASIOREK, MORGAN, GRECO, McCAULEY & KOTZIAN, P.C. | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
|---|---|
| By: David A. Kotzian (P38308)<br>     Charles R. Ash IV (P73877)<br>30500 Northwestern Highway<br>Suite 425<br>Farmington Hills, MI 48334<br>(248) 737-9991<br>dkotzian@gmgmklaw.com<br>cash@gmgmklaw.com | By: Elizabeth P. Hardy (P37426)<br>     Thomas J. Davis (P78626)<br>280 N. Old Woodward Avenue<br>Suite 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@kohp.com<br>tdavis@kohp.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

### Joint Stipulation of Facts

Plaintiff Kevin Freytag and Defendant Ford Motor Company hereby jointly stipulate to the following facts:

1. Between March 17, 2014 and Plaintiff's termination on January 12, 2015, every request for a transfer made by (or on behalf of) Plaintiff Kevin Freytag

to Ford Motor Company—including, but not limited to, his request(s) for transfer that cited the Americans with Disabilities Act—was for a transfer that would have maintained Freytag's full seniority, pay, and benefits.

2. Between March 17, 2014 and Plaintiff's termination on January 12, 2015, Plaintiff Kevin Freytag never requested a transfer in which he proposed giving up any of his seniority, pay, or benefits.

/s/ David A. Kotzian (signed by permission)  /s/ Thomas J. Davis
DAVID A. KOTZIAN (P38308)                     THOMAS J. DAVIS (P78626)
Attorney for Plaintiff                        Attorney for Defendant

Dated: February 26, 2016

246163

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties on record.

        *s/Thomas J. Davis*
        Thomas J. Davis
        Kienbaum Opperwall Hardy
          & Pelton, P.L.C.
        280 N. Old Woodward Avenue, Suite 400
        Birmingham, MI  48009
        (248) 645-0000
        tdavis@kohp.com
        (P78626)