UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN FREYTAG,

        Plaintiff,        CASE NUMBER: 15-13569
                                      HONORABLE VICTORIA A. ROBERTS

v.

FORD MOTOR COMPANY,

        Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 28]

On October 25, 2016, the Court held a hearing regarding Defendant's motion for summary judgment [ECF No. 28]. For the reasons stated on the record, the Court **GRANTS** the motion.

    **IT IS ORDERED**.

                                                S/Victoria A. Roberts
                                               United States District Judge

Dated: 10/26/2016